UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>SHEHZAD BASHAR,<br><br>Defendant. | Mag No. __23__ - __1120__ ( )<br><br>ORDER |

Pursuant to Rule 5(f) of the Federal Rules of Criminal Procedure, and as set forth on the record during the initial appearance of the defendant on this 25th day of October, 2023, in the presence of both the prosecutor and defense counsel in this matter, the Court confirms the United States' continuing obligation to produce all material exculpatory evidence to the defendant pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and orders it to do so. Failing to do so in a timely manner for the defendant's effective use at trial or sentencing may result in consequences, including, but not limited to, the Court's order to produce information, the granting of a continuance, the exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or sanctions by the Court.

/s/ Douglas E. Arpert
Hon. Douglas E. Arpert
United States Magistrate Judge